IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>ALLEN M. JONES,<br><br>                    Defendant. | 4:12CR3032<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on the Magistrate Judge's findings and recommendation (filing 62), recommending that the defendant's motion to suppress (filing 24) be denied in all respects. The motion was previously denied and was reopened to hear testimony from a new witness. There are no objections to the findings and recommendation. Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the record and adopts the findings and recommendation of the Magistrate Judge.

THEREFORE, IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation (filing 62) is adopted; and

2. The defendant's motion to suppress (filing 24) is denied in all respects.

Dated this 26th day of October, 2012.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge