## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>ALLEN M. JONES,<br><br>                 Defendant. | **4:12CR3032**<br><br>**DETENTION ORDER** |

The defendant was afforded an opportunity for a hearing, but is currently being held in state custody on unrelated charges, and he agreed to waive his right to a detention hearing. The defendant has therefore failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3143 (a) and Fed. R. Crim. P. Rule 32.1(a)(6), that defendant will appear at court proceedings and will not pose a danger to the safety of any person or the community if released.

Accordingly,

IT IS ORDERED:

1)      The defendant shall be returned to state custody for confinement on state charges.

2)      Upon release from state custody, the U.S. Marshal is commanded to take custody of the above-named defendant for further proceedings in this court.

April 14, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge